UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE (K.B.), | Case Number: 23-cv-02387-RFL |
| Plaintiff, |  |
|  | [PROPOSED] ORDER |
| v. |  |
| BACKPAGE.COM, LLC, et al., |  |
| Defendants. |  |

PURSUANT TO STIPULATION, IT IS SO ORDERED, Defendant Meta Platforms, Inc.'s forthcoming Rule 12(b) motion to dismiss Plaintiff's Third Amended Complaint, Dkt. 102, shall be governed by the following briefing schedule:

| Date | Event |
|---|---|
| June 18, 2024 | Rule 12(b) Motion to Dismiss Due |
| August 18, 2024 | Response to Motion to Dismiss Due |
| September 18, 2024 | Reply in Support of Motion to Dismiss Due |

**IT IS SO ORDERED.**

Dated: April 25, 2024

_____

RITA F. LIN

United States District Judge